UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
DOCKET NO. 5:11-MJ-1918-1

| | | |
|---|---|---|
| **United States Of America** | ) | **JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Shamika D. French-White** | ) | |
| | ) | |

On March 6, 2012, Shamika D. French-White appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 4) was sentenced to 12 months of probation. On February 14, 2013, the term of probation was extended for six months to allow the defendant additional time to complete the court imposed conditions of supervision. A Motion for Revocation with a summons was filed on August 28, 2013. On September 10, 2013, a Warrant for Arrest was issued for the defendant after she failed to appear in court for the scheduled revocation hearing.

From evidence presented at the revocation hearing on October 7, 2015, the court finds as a fact that Shamika D. French-White, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Failure to perform community service.
2. Failure to pay a monetary obligation.
3. Failure to notify the probation officer ten days prior to any change in residence.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the term of probation heretofore granted be revoked, and the defendant is hereby ordered to pay $510 (the previously ordered $10 special assessment and $500 fine) on this date to the Clerk's Office. Additionally, she is ordered to pay an additional fine of $750 within 30 days of the date of this judgment to the Clerk of Court.

**IT IS, FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment.

This the 7th day of October, 2015

Kimberly A. Swank
U.S. Magistrate Judge